IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:10CR 62 |
| | § | JUDGE Davis/Love |
| | § | |
| JOSE GERARDO VASQUEZ (01), | § | |
| aka "Shorty" | § | |
| SHAUNA ELAINE MILLER (02) | § | |
| MATTHEW ALLEN THOMAS (03), | § | |
| aka "Slap" | § | |
| MEAGAN ALLISE HENDERSON (04), | § | |
| aka "Meagan Head" | § | |
| DARBY BROOKE WRIGHT (05), | § | |
| aka "Solo" | § | |
| JACLYN ANN McALPINE (06) | § | |
| JEREMY LYNN NOBLE (07), | § | |
| aka "Bobby Hill" | § | |
| JENNIFER LYNN SHAFFER (08) | § | |
| ABRAHAM ALBERTO | § | |
| ARREDONDO (09), aka "AB" | § | |
| HEATHER ELIZABETH INGRAM (10), | § | |
| aka "D-Way" | § | |

SEALED

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT ONE**

Violation: 21 U.S.C. § 846
(Conspiracy to possess with intent to distribute
and distribution of at least 5 grams but less than
50 grams of methamphetamine (actual))

Indictment - Page 1

From on or about October, 2009, the exact date being unknown, and continuing thereafter, until at least the date of the return of this indictment, in the Eastern District of Texas and elsewhere, **Jose Gerardo Vasquez, aka "Shorty" (01), Shauna Elaine Miller (02), Matthew Allen Thomas, aka "Slap" (03), Meagan Allise Henderson, aka "Meagan Head" (04), Darby Brooke Wright, aka "Solo" (05), Jaclyn Ann McAlpine (06), Jeremy Lynn Noble, aka "Bobby Hill" (07), Jennifer Lynn Shaffer (08), Abraham Alberto Arredondo, aka "Ab" (09),** and **Heather Elizabeth Ingram, aka "D-Way" (10),** defendants herein, did knowingly, intentionally, and unlawfully, combine, conspire, confederate, and agree together, with each other and with others, both known and unknown to the United States Grand Jury, to violate a law of the United States, to-wit, 21 U.S.C. § 841(a)(1), prohibiting the possession with intent to distribute and distribution of at least 5 grams but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of 21U.S.C. § 846.

Indictment - Page 2

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses [21U.S.C. § 846] alleged in this indictment, defendants herein shall forfeit to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461:

1.     any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violation;

2.     any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and/or,

3.     any and all firearms, ammunition and accessories seized from defendants, including but not limited to the following:

## CASH:

$8,800.00 in U.S. currency, which was seized from **Jose Gerardo Vasquez, aka "Shorty**

## FIREARMS:

(a)     a FIE .380 caliber pistol, bearing serial number BH06429 (**Shauna Elaine Miller**); and

(b)     a Colt  Police .32 caliber revolver, bearing serial number 164409 (**Matthew Allen Thomas, aka "Slap"**)

## CASH PROCEEDS:

Approximately $30,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants -

Indictment - Page 3

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with a
third person;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which
cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek
forfeiture of any other property of defendants up to the value of the above
forfeitable property, including but not limited to all property, both real and
personal owned by defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all

interest the defendants have in the above-described property is vested in the United States

and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. §

2461.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
RICHARD L. MOORE
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
(903) 590-1439 (fax)

_____
Date

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOSE GERARDO VASQUEZ (01), | § |
| aka "Shorty" | § |
| SHAUNA ELAINE MILLER (02) | § |
| MATTHEW ALLEN THOMAS (03), | § |
| aka "Slap" | § |
| MEAGAN ALLISE HENDERSON (04), | § |
| aka "Meagan Head" | § |
| DARBY BROOKE WRIGHT (05), | § |
| aka "Solo" | § |
| JACLYN ANN McALPINE (06) | § |
| JEREMY LYNN NOBLE (07), | § |
| aka "Bobby Hill" | § |
| JENNIFER LYNN SHAFFER (08) | § |
| ABRAHAM ALBERTO | § |
| ARREDONDO (09), aka "AB" | § |
| HEATHER ELIZABETH INGRAM (10), | § |
| aka "D-Way" | § |

## NOTICE OF PENALTY

### COUNT ONE
### (Conspiracy)

| | |
|---|---|
| Violation: | 21U.S.C. § 846 (Conspiracy to possess with intent to distribute and distribution of at least 5 grams but less than 50 grams of methamphetamine (actual)) |
| Penalty: | Imprisonment for a term of not less than 5 years or more than 40 years, a fine not to exceed $2,000,000, or both. A term of supervised release of at least 4 years in addition to such term of imprisonment. |
| Special Assessment: | $100.00 |

Indictment - Page 5