IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA     §
        §
V.                              §     CRIMINAL NO. 6:10CR62
        §
MEAGAN ALLISE HENDERSON, (04)     §
   aka "Meagan Head"             §

## FACTUAL RESUME

IT IS HEREBY STIPULATED by **Meagan Allise Henderson**, aka "Meagan Head," the defendant herein, that the following facts are true and correct, and that the defendant understands and agrees, with the express consent of counsel, Jeff Haas, that this factual resume may be used by the Court to determine whether her plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which she is pleading guilty:

1. On occasions during the time frame alleged in Count One of the indictment, I agreed with numerous other persons to acquire and distribute methamphetamine in the Eastern District of Texas and elsewhere.

2. I admit that I distributed and/or joined with others in distributing at least 5 grams but less than 20 grams of methamphetamine (actual).

3. I agree that my relevant conduct within the conspiracy is a guideline level 26.

4. I knew that my conduct was unlawful and I willfully participated in the distribution.

5. I agree that the value of the methamphetamine for which I was responsible was at least $2,000 and further agree that the United States is entitled to a cash proceeds money judgment against me in that amount.

**Factual Resume - Page 1**

I have read this factual resume and the plea agreement in this matter and have reviewed them with my client. Based upon my discussions with defendant, I am satisfied that he understands the terms and effects of the factual resume and the plea agreement and has signed this factual resume voluntarily.

Dated: _Nov 9, 2010_

_____
JEFF HAAS
Attorney for Defendant

I have read (or had read to me) the factual resume and have carefully reviewed every part of it with my attorney. I fully understand and voluntarily agree to it.

Dated: _NOV 9, 2010_

_____
MEAGAN ALLISE HENDERSON
Defendant

Factual Resume - Page 2